# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

May 18, 2009

FILED by _____ D.C.
MAY 21 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

Steven M. Larimore
Clerk, U.S. District Court
400 N MIAMI AVE RM 8N09
MIAMI  FL  33128-1813

**Appeal Number: 08-15031-HH**
Case Style: Super Vision Int'l Inc. V. Mega Int'l Commercial
District Court Number:  07-20907 CV-ASG

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

Also enclosed are the following:

Bill of Costs

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

A copy of this letter, and the judgment form if noted above, <u>but not a copy of the court's decision,</u> is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: James O. Delaney (404) 335-6113

Encl.

MDT-1 (06/2006)

# United States Court of Appeals
## For the Eleventh Circuit

No. 08-15031

District Court Docket No.
07-20907-CV-ASG

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

Apr 17, 2009

THOMAS K. KAHN
CLERK

SUPER VISION INTERNATIONAL, INC.,

Plaintiff-Appellant,

versus

MEGA INTERNATIONAL COMMERCIAL
BANK CO., LTD.,

Defendant-Appellee.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

------------------------------------------------------------

Appeal from the United States District Court
for the Southern District of Florida

------------------------------------------------------------

JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

ISSUED AS MANDATE
MAY 18 2009
U.S. COURT OF APPEALS
ATLANTA, GA.

Entered:   April 17, 2009
For the Court:   Thomas K. Kahn, Clerk
By:   Patch, Jeffrey

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 08-15031

D. C. Docket No. 07-20907-CV-ASG

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 17, 2009
THOMAS K. KAHN
CLERK

SUPER VISION INTERNATIONAL, INC.,

Plaintiff-Appellant,

versus

MEGA INTERNATIONAL COMMERCIAL
BANK CO., LTD.,

Defendant-Appellee.

Appeal from the United States District Court
for the Southern District of Florida

(April 17, 2009)

Before BIRCH, DUBINA and WILSON, Circuit Judges.

PER CURIAM:

This is an appeal from the district court's order granting defendant Mega International Commercial Co., Ltd.'s motion to dismiss the plaintiff Super Vision International, Inc.'s second amended complaint with prejudice.

A district court's judgment of dismissal is subject to *de novo* review. *See Sosa v. Chase Manhattan Mortgage Corp.*, 348 F.3d 979, 983 (11th Cir. 2003).

After reviewing the record, reading the parties' briefs, and having the benefit of oral argument, we affirm the judgment of dismissal based on the district court's well-reasoned order filed on August 4, 2008.

AFFIRMED.[1]

*A True Copy - Attested*
Clerk U.S. Court of Appeals,
Eleventh Circuit
By: _____
Deputy Clerk
Atlanta, Georgia

---

[1] Mega's motion for double costs and attorneys' fees is DENIED.

UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
BILL OF COSTS

Super Vision Int'l Inc.
_____
Appellant

vs.

Mega Int'l Commercial Bank Co., Ltd.
_____
Appellee

Appeal No. 07-20907-cv-ASG

08-15031-HH

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 3 0 2009
THOMAS K. KAHN
CLERK

Fed.R.App.P. 39 and 11th Cir. R. 39-1 (see reverse) govern costs which are taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

INSTRUCTIONS

In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ($.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| DOCUMENT | Repro. Method (Mark One) | | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| | In-House | Comm* | | | | | |
| Appellant's Brief | | | | | | | |
| Record Excerpts | | | | | | | |
| Appellee's Brief | X | | 67 | 10 (9) | 670 | $100.50 | $90.45 |
| Reply Brief | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | | TOTAL | $ 100.50 REQUESTED | $ $90.45 ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred or performed in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Date Signed: 04/29/09         Signature: _Maureen A. Vitucci_

Attorney for: Mega Int'l Commercial Bank         Attorney Name: Maureen A. Vitucci
(Type or print name of client)                   (Type or print your name)

FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ __$90.45__ against __Appellant__

and are payable directly to __Appellee__

Thomas K. Kahn, Clerk
By: _____ Deputy Clerk

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit
By: _____
Deputy Clerk
Atlanta, Georgia

Issued on: MAY 1 8 2009

MISC-12
(12/07)

FRAP 39. Costs

(a) Against Whom Assessed. The following rules apply unless the law provides or the court orders otherwise:

    (1) if an appeal is dismissed, costs are taxed against the appellant, unless the parties agree otherwise;
    (2) if a judgment is affirmed, costs are taxed against the appellant;
    (3) if a judgment is reversed, costs are taxed against the appellee;
    (4) if a judgment is affirmed in part, reversed in part, modified, or vacated, costs are taxed only as the court orders.

(b) Costs For and Against the United States. Costs for or against the United States, its agency, or officer will be assessed under Rule 39(a) only if authorized by law.

(c) Costs of Copies. Each court of appeals must, by local rule, fix the maximum rate for taxing the cost of producing necessary copies of a brief or appendix, or copies of records authorized by Rule 30(f). The rate must not exceed that generally charged for such work in the area where the clerk's office is located and should encourage economical methods of copying.

(d) Bill of Costs; Objections; Insertion in Mandate.

    (1) A party who wants costs taxed must — within 14 days after entry of judgment — file with the circuit clerk, with proof of service, an itemized and verified bill of costs.
    (2) Objections must be filed within 10 days after service of the bill of costs, unless the court extends the time.
    (3) The clerk must prepare and certify an itemized statement of costs for insertion in the mandate, but issuance of the mandate must not be delayed for taxing costs. If the mandate issues before costs are finally determined, the district clerk must — upon the circuit clerk's request — add the statement of costs, or any amendment of it, to the mandate.

(e) Costs on Appeal Taxable in the District Court. The following costs on appeal are taxable in the district court for the benefit of the party entitled to costs under this rule:

    (1) the preparation and transmission of the record;
    (2) the reporter's transcript, if needed to determine the appeal;
    (3) premiums paid for a supersedeas bond or other bond to preserve rights pending appeal; and
    (4) the fee for filing the notice of appeal.

\* \* \* \*

11th Cir. R. 39-1 Costs. In taxing costs for printing or reproduction and binding pursuant to FRAP 39(c) the clerk shall tax such costs at rates not higher than those determined by the clerk from time to time by reference to the rates generally charged for the most economical methods of printing or reproduction and binding in the principal cities of the circuit, or at actual cost, whichever is less.

Unless advance approval for additional copies is secured from the clerk, costs will be taxed only for the number of copies of a brief and record excerpts or appendix required by the rules to be filed and served, plus two copies for each party signing the brief.

All costs shall be paid and mailed directly to the party to whom costs have been awarded. <u>Costs should not be mailed to the clerk of the court.</u>

\* \* \* \*

I.O.P. -

1. <u>Time - Extensions</u>. *A bill of costs is timely if filed within 14 days of entry of judgment. Judgment is entered on the opinion filing date. The filing of a petition for rehearing or petition for rehearing en banc does not extend the time for filing a bill of costs. A motion to extend the time to file a bill of costs may be considered by the clerk.*

2. <u>Costs for or Against the United States</u>. *When costs are sought for or against the United States, the statutory or other authority relied upon for such an award must be set forth as an attachment to the Bill of Costs.*

3. <u>Reproduction of Statutes, Rules, and Regulations</u>. *Costs will be taxed for the reproduction of statutes, rules, and regulations in conformity with FRAP 28(f). Costs will not be taxed for the reproduction of papers not required or allowed to be filed pursuant to FRAP 28 and 30 and the corresponding circuit rules, even though the brief, appendix, or record excerpts within which said papers are included was accepted for filing by the clerk.*